

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2016

No. 04-16-00223-CV

**CITY OF SAN ANTONIO**, acting by and through City Public Service Board ("CPS Energy"),
Appellants

v.

**TOMMY HARRAL CONSTRUCTION, INC.**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 383269
Honorable Jason Wolff, Judge Presiding

# O R D E R

Sitting:    Karen Angelini, Justice
Patricia O. Alvarez, Justice
Jason Pulliam, Justice

The panel has considered Appellant's motion for rehearing; the motion is DENIED. *See* TEX. R. APP. P. 49.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court